**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| KENNETH L.,[1] | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24-CV-27 (RCY) |
| | ) | |
| LELAND DUDEK,[2] | ) | |
| Acting Commissioner of Social Security, | ) | |
|       Defendant. | ) | |
| | ) | |

**ORDER**
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Objection of Plaintiff (ECF No. 14) is OVERRULED;
2. The Report and Recommendation of the Magistrate Judge (ECF No. 13) is ACCEPTED and ADOPTED;
3. Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED;
4. Defendant's Motion for Summary Judgment (ECF No. 11) is GRANTED;
5. The final decision of the Commissioner is AFFIRMED;
6. This matter is CLOSED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/ Roderick C. Young
United States District Judge

Date: February 28, 2025
Richmond, Virginia

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended that federal courts refer to claimants in social security cases by first name and last initial.

[2] Leland Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he has been substituted for the former Commissioner/ Acting Commissioner as Defendant in this action. 42 U.S.C. § 405(g).